FILED
RECEIVED

2) Danorris R Johnson                    2016 FEB -8 PM 1:28          1-27-16

Ima writing this Letter To ever Court I can think of.
Asking for a understanding and why I feel that my Eighth
Amendment and First Amendment right's has Been Violated.
I have Been In confinement and in Jail for three plus years
Over a Period of time I have not once seen General
Population. and not to mention I have not seen Television
Privilage. I Im Been held in confinement Cause of Court
order Phone restriction. We are Been Punish for somethink
the court did It Says no wear in the Palm Beach County
Sheriff's office Department of Corrections. Inmate
rules and regulations Booklet that a Inmate that court
order phone restriction have to Be held in confinement
Inmates are Suppose To Be held in Confiement for a
Legitament reason us Inmates on Phone restriction Is
not a Legitament reason on Why Inmates on Phone
restriction Shewed Be held in Confiement on 23 hour
Lock down I Been Sitting in Confinement Since I was
17 years old and this Cause substantial psychological
Damage for me and it's not right I DID the Inmate
Grievance Procedure nothinking happen I wrote a
Emergency Grievance To Chaptain and he never wrote Back
I wrote a Grievance To major. Waldrop of the Facility
and she did not write Back it's other high ranked
officials of the facility Cause they want my Grievances
GET To the major and the chaptain all Inmates suppose T
Be held in Confinement on Administrative Confinement
Disciplinary Cofinement for a Legitament reason.

1) Danorris R. Johnson                                    1-27-16

As Inmates in General Population if us Inmates do
Not have a disciplinary report Why I'll privileges
To look at Television have Been Take.
We shower and shave three Per week Why we have
To shower Three time Like Disciploary Confinement
Inmates. When we did nothinking Wrong I Privileges
To Watch Television has Been Takeing It' Clearty
State' in golf vs State that each individual Being held
In Administrative Confeinement suppose To be held in
Administrative Confeinement for Legitament reason
meaning all Inmates that' Place on Phone restriction
Does not Suppose to be held in Administrative
Confinement on 23 hour sometime 24 hours Lockdown
also all Phone restriction Inmates should Be entitle
To Come out athease 5 hours aday To watch Television
Because like I say To Palm Beach County Sheriff's office
of Corrections Inmate rules and regulations Booklet
It does'nt State that Inmates are Place on Phone
restriction is not entitle To watch Television It
does'nt State that Inmates are Place on Phone restricton
to be place in Confinement.
The Courts have recognized that extended
Periods of Lock down Can Violate the Eighth
Amendment Lockdown Periods Less than thirty days
Generally do not Violate the Eighth amendment I
has Been in Solittary Confinement three plus years Now
It has cause psycholgical Damage Im not the same

3) Danorris Johnson                                    1-27-16

anmore we are Been punish for what that not right
it dont say No wear in the Florida Administrative.
Code Chapter 33 that Inmate that's on court order
Phone restriction is Suppose to be placed in Confinement.
Confinement is for people that have disciplinary reports
and Being punish for what ever Violation they have don
Administrative Confinement's is when you weighting on
your disciplinary hearing that when you Go from Adinistrati
Confinement To disciplinary Confinement. Phone
restrictions have not had a disciplinary reports so why
are we Lock down in Confinement 23 hour sometime
24 hours aday for what this is a Violate of my
Constitution right my Eighth and my first Amendment
rights the mental Health provider not doing nothinking about
this they No that this Cause mental and emotional
Stress I would like a legitament Answer To why we
have To Be punish Like this.

Respectfully Submitted

Danorris R. Johnson